

# Fourth Court of Appeals
## San Antonio, Texas

October 10, 2018

No. 04-18-00126-CV

**IN RE NEWPORT CLASSIC HOMES, L.P. L.L.C.**

Original Mandamus Proceeding[1]

**ORDER**

Sitting en banc:[2]  Sandee Bryan Marion, Chief Justice
Karen Angelini, Justice
Marialyn Barnard, Justice
Rebeca C. Martinez, Justice
Irene Rios, Justice

On March 1, 2018, relator Newport Classic Homes, L.P., L.L.C. filed a petition for writ of mandamus, and Rafaeal Lagunes, the real party in interest, responded. After reviewing the petition, response, motion for en banc reconsideration, and response to the motion for en banc reconsideration, we conclude relator is entitled to the relief requested. Accordingly, the motion for en banc reconsideration is GRANTED and the petition for writ of mandamus is CONDITIONALLY GRANTED. *See* TEX. R. APP. P. 52.8(c).

The Honorable Rosie Alvarado is ORDERED to vacate the order granting "[Lagunes's] Motion to Compel Newport Classic Homes' Witness Marcus Hiles's *Deposition.*" The writ will issue only if we are notified that Judge Alvarado has not complied with this order.

It is so **ORDERED** on October 10, 2018.

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand, and affixed the seal of the said court on this 10th day of October, 2018.

_____
Keith E. Hottle, Clerk of Court

---

[1] This proceeding arises out of Cause No. 2014-CI-02113, styled *Rafael Lagunes v. Newport Classic Homes, L.P., L.L.C.*, pending in the 57th Judicial District Court, Bexar County, Texas, the Honorable Rosie Alvarado presiding.
[2] Justice Patricia O. Alvarez and Justice Luz Elena D. Chapa are not participating.